# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:07CR49 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| MARION VICENTIU ANDREESCU, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motions for an extension of time by defendant Marion Vicentiu Andreescu (Andreescu) (Filing Nos. 12 and 14). Bonner seeks an extension of time in which to file pretrial motions pursuant to paragraph 3 of the progression order (Filing No. 8). Defense counsel represents to the court that counsel for the government has no objection to the extension. Andreescu has filed an affidavit wherein Andreescu consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 14). Upon consideration, the motions will be granted.

**IT IS ORDERED:**

Defendant Andreescu's motions for an extension of time (Filing Nos. 12 and 14) are granted. Defendant Andreescu is given until **on or before April 26, 2007,** in which to file pretrial motions pursuant to the progression order (Filing No. 8). The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 2, 2007 and April 26, 2007**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 2nd day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge